IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-06-00358-CV

 

Leisa Lou Harris Adams and

Aaron Lane Adams,

                                                                                    Appellants

 v.

 

Cheryl Harris, Individually and 

as Independent Co-Executor of the 

Estate of John Barron Harris,

Deceased,

                                                                                    Appellee

 

 



From the 220th District Court

Hamilton County, Texas

Trial Court No. 04-01-01604

 



MEMORANDUM  Opinion










 

            Appellants Leisa Lou Harris Adams and
Aaron Lane Adams filed a notice of appeal from a judgment rendered against
them.  They have now filed a motion to dismiss the appeal, stating the parties
have reached a settlement of their controversy.




            This appeal is dismissed.  Tex. R. App. P. 42.1(a).

 

                                                                                    TOM
GRAY

                                                                                    Chief
Justice

 

Before
Chief Justice Gray,

            Justice
Vance, and

            Justice
Reyna

Appeal
dismissed

Opinion
delivered and filed June 13, 2007

[CV06]






draws his or her notice of appeal. The appellant and his or
her attorney must sign the written withdrawal and file it in duplicate with the appellate
clerk. . . .

Tex. R. App. P. 42.2(a).

      We have not issued a decision in this appeal. The motion is signed by both Easley and her
attorney. Thus, the motion meets the requirements of the rules and is granted.
      Easley’s appeal is dismissed.
                                                                                           PER CURIAM

Before Chief Justice Davis,
            Justice Cummings, and
            Justice Vance
Dismissed on appellant’s motion
Order issued and filed September 9, 1998
Do not publish